UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| PAULA M. HARRIS, | ) | No. CV 08-5936-GW (PLA) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| COUNTY OF LOS ANGELES, et al., | ) | |
| Defendants. | ) | |

Pursuant to the order adopting findings, conclusions and recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 1, 2010

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE